IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID R. ARMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-03376-CV-S-SWH |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Pending before the Court is plaintiff's Motion for Application for Attorney's Fees Under Equal Access to Justice Act (doc. #25). The motion requests an award in the amount of $6,127.74, which represents 37.15 hours of attorney time at the rate of $157.88 per hour and 3.50 hours of paralegal time at $75.00 per hour. In addition, plaintiff requests reimbursement of expenses in the amount of $20.60. In response, defense counsel states that the parties have agreed to an attorney fee award under the Equal Access to Justice Act (EAJA) in the amount of $6,033.01 and expenses in the amount of $20.60 (doc. #26) to be paid by the Social Security Administration. Therefore, it is

ORDERED that plaintiff's Motion for Application for Attorney's Fees Under Equal Access to Justice Act (doc. #25) is granted. Attorney fees in the amount of $6,033.01 and expenses in the amount of $20.60 are awarded to plaintiff.

                                               */s/ Sarah W. Hays*
                                                SARAH W. HAYS
                                     UNITED STATES MAGISTRATE JUDGE